# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-09467-AS | Date | December 30, 2025 |
|---|---|---|---|
| Title | Melanie Delapaz v. Uyen Thi Cao, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

    On November 24, 2025, the Court issued an Order GRANTING Defendant's application for stay and early mediation and ordered Plaintiff to file with the Court and serve on Defendants – no later than fourteen (14) days from the date of the Order – Plaintiff's case statement. (Dkt. No. 13).  To date, Plaintiff has failed to file the required case statement.

    For this reason, Plaintiff is ORDERED TO SHOW CAUSE in writing, within fourteen (14) days of the date of this Order, why this case should not be dismissed without prejudice for failure to prosecute, and/or for failure to obey a court order. *See* Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.