SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MELANIE DELAPAZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ, <br><br> Plaintiff, <br><br> vs. <br><br> MICHELLE CAO D/B/A NEW MILLINEUM NAILS; RONEN NOURIAN, AS TRUSTEE OF THE NOURIAN FAMILY TRUST; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 2:25-cv-09467-AS** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MELANIE DELAPAZ ("Plaintiff") and Defendants MICHELLE CAO D/B/A NEW MILLINEUM NAILS; RONEN NOURIAN, AS TRUSTEE OF THE NOURIAN FAMILY TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

Respectfully submitted,

DATED:  January 22, 2026          SO. CAL. EQUAL ACCESS GROUP

By:     /s/  Jason J. Kim
        Jason J. Kim
        Attorneys for Plaintiff

DATED:  January 22, 2026

By:     /s/ J T Fox
        J T Fox, Esq.
        Attorneys for Defendants
        MICHELLE CAO D/B/A NEW
        MILLINEUM NAILS; RONEN NOURIAN,
        AS TRUSTEE OF THE NOURIAN
        FAMILY TRUST

## Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 22, 2026          By: /s/ Jason J. Kim
                                      Jason J. Kim

-2-